THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, *v.* ROBERT H. NEVILLE et al., as Assessors of the City of Yonkers, Appellants.

*People ex rel. City of New York* v. *Neville,* 183 App. Div. 799, affirmed.

(Argued January 6, 1920; decided January 20, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1918, modifying and affirming as modified a final order and affirming an interlocutory order of Special Term reducing an assessment for taxation upon real property owned by the city of New York in the city of Yonkers. The final order, among other reductions, ordered that the assessment of the parcel designated as No. 100 Central Park avenue should be reduced from $7,094,650 to $1,496,106. The interlocutory order directed that the assessment of the aqueducts be stricken from the assessment roll and appointed a referee to hear and determine and report as to the inequality and overvaluation of the remaining assessments. The Appellate Division in its opinion held that the Hill View reservoir was not a storage reservoir but was used to regulate the volume of the flow of water to the city of New York according to the demands of the different periods of each day and as such it " constitutes an essential part of the aqueduct " and thus is excluded from taxation by section 480 of the Greater New York charter.

*William A. Walsh, Corporation Counsel,* for appellants.

*William P. Burr, Corporation Counsel (I. J. Beaudrias* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.